NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE PETER KITE AND DAVID HATTON

2009-1579
(Serial No. 10/313,844)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## JUDGMENT

ROBERT G. MUKAI, Buchanan Ingersoll & Rooney PC, of Alexandria, Virginia, argued for appellants. With him on the brief was TRAVIS D. BOONE.

THOMAS J. KRAUSE, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were RAYMOND T. CHEN, Solicitor, and BENJAMIN D.M. WOOD, Associate Solicitor.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, GAJARSA, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 21, 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk